UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SEARCH OF          :        Case 03-083M (ak)
DC OFFICE OF CONTRACT    :
PROCUREMENT              :        UNDER SEAL

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and though undersigned counsel, hereby files this Motion to Unseal.

On February 25, 2003, the Court sealed a number of documents in this case, which is a search warrant of the above listed location, and accompanying documents.

As part of discovery in *United States v. Narase Bob Oudit*, 06-48 (PLF), the government wishes to produce the presently sealed materials in 03-083M. The reason for sealing – that disclosure of the search warrant would have been detrimental to its execution – no longer exists.

The government, therefore, moves to unseal Case 03-083M in its entirety (including this motion). A proposed order is attached.

    Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
HOWARD R. SKLAMBERG
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Fifth Floor
Washington, DC 20001
(202) 514-7296

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE SEARCH OF | : | Case 03-083M (ak) |
| DC OFFICE OF CONTRACT | : | |
| PROCUREMENT | : | UNDER SEAL |

## ORDER

Upon consideration of the Government's Motion to Unseal, and for good cause shown, it is hereby ordered that Case 03-083M be unsealed, in its entirety.

_____
Alan Kay
United States Magistrate Judge


Howard Sklamberg
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Fifth Floor
Washington, DC 20001
(202) 514-7296